IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

RAYVAUGHN L. ANDREWS

_____/

SEALED INDICTMENT

3:24-cr-120/MCR

**THE GRAND JURY CHARGES:**

## COUNT ONE

Between on or about January 1, 2021, and on or about February 1, 2024, in the Northern District of Florida and elsewhere, the defendant,

**RAYVAUGHN L. ANDREWS,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute a controlled substance, and this offense involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, and 100 kilograms or more of a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii), and 841(b)(1)(B)(vii).

All in violation of Title 21, United States Code, Section 846.

FILED USDC FLND PN
DEC 17 '24 PM 3:20

Returned in open court pursuant to Rule 6(f)

12/17/24

Date

United States Magistrate Judge

## COUNTS TWO THROUGH NINETY-FIVE

On or about the dates listed below, in the Northern District of Florida and elsewhere, the defendant,

## RAYVAUGHN L. ANDREWS,

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, casino gambling "cash in" transactions at Harrah's Casino, involving the proceeds of a specified unlawful activity, that is, conspiracy to distribute and possess with intent to distribute a controlled substance as charged in Count One of this Indictment, knowing that the transaction was designed to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of the specified unlawful activity, and knowing that the funds involved in the financial transaction represented the proceeds of some form of unlawful activity:

| Count | Date | "Cash In" Transaction Amount |
|---|---|---|
| 2 | 6/28/2023 | $3,500.00 |
| 3 | 6/29/2023 | $2,200.00 |
| 4 | 6/29/2023 | $5,250.00 |
| 5 | 6/29/2023 | $1,000.00 |
| 6 | 6/29/2023 | $1,300.00 |
| 7 | 6/30/2023 | $2,200.00 |
| 8 | 6/30/2023 | $1,500.00 |
| 9 | 6/30/2023 | $1,300.00 |
| 10 | 6/30/2023 | $1,500.00 |
| 11 | 6/30/2023 | $2,000.00 |
| 12 | 6/30/2023 | $1,500.00 |
| 13 | 7/2/2023 | $4,500.00 |
| 14 | 7/15/2023 | $3,000.00 |
| 15 | 7/20/2023 | $4,000.00 |
| 16 | 7/20/2023 | $2,900.00 |
| 17 | 7/25/2023 | $2,500.00 |
| 18 | 7/26/2023 | $4,000.00 |
| 19 | 7/26/2023 | $2,000.00 |
| 20 | 7/26/2023 | $2,000.00 |
| 21 | 7/26/2023 | $2,000.00 |
| 22 | 7/27/2023 | $6,000.00 |
| 23 | 7/28/2023 | $7,500.00 |
| 24 | 7/29/2023 | $4,500.00 |
| 25 | 8/4/2023 | $3,000.00 |
| 26 | 8/4/2023 | $6,000.00 |
| 27 | 8/5/2023 | $8,000.00 |
| 28 | 8/5/2023 | $8,000.00 |
| 29 | 8/6/2023 | $11,000.00 |
| 30 | 8/7/2023 | $8,000.00 |

| | | |
|---|---|---|
| **31** | 8/7/2023 | $10,000.00 |
| **32** | 8/8/2023 | $1,000.00 |
| **33** | 8/9/2023 | $6,000.00 |
| **34** | 8/9/2023 | $5,000.00 |
| **35** | 8/10/2023 | $2,500.00 |
| **36** | 8/17/2023 | $1,600.00 |
| **37** | 8/25/2023 | $2,500.00 |
| **38** | 8/26/2023 | $2,000.00 |
| **39** | 8/26/2023 | $2,000.00 |
| **40** | 9/3/2023 | $1,000.00 |
| **41** | 9/11/2023 | $6,500.00 |
| **42** | 9/16/2023 | $6,000.00 |
| **43** | 9/16/2023 | $2,500.00 |
| **44** | 9/17/2023 | $2,500.00 |
| **45** | 9/17/2023 | $4,400.00 |
| **46** | 9/18/2023 | $5,000.00 |
| **47** | 9/20/2023 | $2,500.00 |
| **48** | 9/21/2023 | $3,300.00 |
| **49** | 9/21/2023 | $3,900.00 |
| **50** | 9/21/2023 | $1,500.00 |
| **51** | 9/22/2023 | $2,800.00 |
| **52** | 9/29/2023 | $6,000.00 |
| **53** | 9/29/2023 | $2,600.00 |
| **54** | 9/30/2023 | $2,600.00 |
| **55** | 10/10/2023 | $1,400.00 |
| **56** | 10/11/2023 | $1,900.00 |
| **57** | 10/11/2023 | $3,200.00 |
| **58** | 10/12/2023 | $2,200.00 |
| **59** | 10/12/2023 | $1,500.00 |
| **60** | 10/12/2023 | $3,350.00 |

| | | |
|---|---|---|
| **61** | 10/13/2023 | $1,400.00 |
| **62** | 10/13/2023 | $2,400.00 |
| **63** | 10/13/2023 | $1,000.00 |
| **64** | 10/14/2023 | $2,200.00 |
| **65** | 10/14/2023 | $2,300.00 |
| **66** | 10/14/2023 | $3,400.00 |
| **67** | 10/15/2023 | $1,250.00 |
| **68** | 10/15/2023 | $2,500.00 |
| **69** | 10/16/2023 | $2,000.00 |
| **70** | 10/16/2023 | $1,250.00 |
| **71** | 10/18/2023 | $2,400.00 |
| **72** | 10/19/2023 | $3,400.00 |
| **73** | 10/20/2023 | $2,300.00 |
| **74** | 10/20/2023 | $2,000.00 |
| **75** | 10/20/2023 | $3,600.00 |
| **76** | 10/21/2023 | $2,200.00 |
| **77** | 10/21/2023 | $3,000.00 |
| **78** | 10/21/2023 | $1,250.00 |
| **79** | 10/21/2023 | $2,500.00 |
| **80** | 10/21/2023 | $1,000.00 |
| **81** | 10/21/2023 | $1,500.00 |
| **82** | 10/21/2023 | $3,300.00 |
| **83** | 10/22/2023 | $3,600.00 |
| **84** | 10/22/2023 | $1,050.00 |
| **85** | 10/22/2023 | $3,400.00 |
| **86** | 10/22/2023 | $2,500.00 |
| **87** | 10/22/2023 | $1,050.00 |
| **88** | 10/23/2023 | $2,500.00 |
| **89** | 10/23/2023 | $1,280.00 |
| **90** | 10/29/2023 | $2,200.00 |

| 91 | 10/30/2023 | $2,400.00 |
| 92 | 10/30/2023 | $2,500.00 |
| 93 | 10/31/2023 | $1,000.00 |
| 94 | 10/31/2023 | $4,000.00 |
| 95 | 10/31/2023 | $2,750.00 |

In violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## CONTROLLED SUBSTANCE FORFEITURE

The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of Title 21, United States Code, Section 853.

From his engagement in the violation charged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

**RAYVAUGHN L. ANDREWS,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all of his interest in:

A.  Property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as the result of such violation.

B.  Property used and intended to be used in any manner or part to commit and to facilitate the commission of such violation.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

## MONEY LAUNDERING FORFEITURE

The allegations contained in Counts Two through Ninety-Five of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 982(a)(1). From the defendant's engagement in the violations alleged in Counts Two through Ninety-Five of this Indictment, the defendant,

**RAYVAUGHN L. ANDREWS,**

shall forfeit to the United States of America any and all of the defendant's right, title, and interest in any property, real and personal, involved in such offenses, and any property traceable to such property.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    i. cannot be located upon the exercise of due diligence;

    ii. has been transferred or sold to, or deposited with, a third person;

    iii. has been placed beyond the jurisdiction of this Court;

    iv. has been substantially diminished in value; or

    v. has been commingled with other property that cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1),

and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

A TRUE BILL:

███████████████
FOREPERSON

12/17/24
DATE

/s/ Jason R. Coody
JASON R. COODY
United States Attorney

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney

/s/ Jessica S. Etherton
JESSICA S. ETHERTON
Assistant United States Attorney