UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CRIMINAL MINUTES

Case No. 3:24-cr-120/MCR           Date: December 24, 2024
                                    Time: 10:30 a.m. – 10:40 a.m.

DOCKET ENTRY: **INITIAL APPEARANCE and ARRAIGNMENT ON INDICTMENT**

<u>PRESENT</u>:
| | |
|---|---|
| Honorable **Hope Thai Cannon**, | U.S. Magistrate Judge |
| Keri Igney, | Deputy Clerk |
| PNS Recorder, | Court Reporter |
| David Goldberg | Asst. U. S. Attorney |
| Lauren Cobb, | Defense Attorney |
| None, | Interpreter |
| Eduardo Alvarez, | Probation Officer |

**<u>Name of Defendant:</u>  RAYVAUGHN L. ANDREWS**,
☒Custody ☐ Bond ☐ O/R

**PROCEEDINGS:**

☒  Defendant advised that Defendant is before a United States Magistrate Judge.

☒  Defendant advised of charges, penalties and fines.

☒  Defendant advised not to make any statement before consulting an attorney.

☒  Defendant advised of right to hire counsel or have counsel appointed.

☒  Defendant executed CJA Form 23 (Financial Affidavit) and sworn to its accuracy.

☒  Defendant appointed the services of the Federal Public Defender.
    (see separate order)

☐  Defendant declined to complete CJA Form 23.

☐  Defendant advised Defendant will hire private counsel.

☒  Defendant advised of right to reasonable bail.

☒  Government moves for detention.

☐  Defendant **<u>WAIVED</u>** the detention hearing and reserved the right to re-open the hearing at a later date if something changes.

☒  Detention hearing set for Monday, December 30, 2024 by separate order and Defendant will be temporarily detained.

☐  Defendant released on conditions.

☒  As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny.  Not doing so in a timely manner may result in sanctions including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

☒  Defendant arraigned for trial
        ☒  Defendant waived formal reading of the indictment.
        ☒  Defendant entered a plea of NOT GUILTY on all counts.
        ☒  Jury trial date:  February 3, 2025 before U.S. District Judge
        M. Casey Rodgers, US Courthouse, Pensacola, Florida

☒   Government moves to unseal case.  Motion is granted.  Clerk to unseal case.

_____
Filed in Court
December 24, 2024
CRD:  kli