UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                          Case No. 3:24-cr-00120-MCR

RAYVAUGHN L. ANDREWS

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     **RAYVAUGHN L. ANDREWS**
                                                                            Name

and bring him forthwith to the nearest magistrate to answer a

## SEALED Indictment

charging him or her with:

Count 1: CONSPIRACY TO DISTRIBUTE OR POSSESS WITH INTENT TO DISTRIBUTE 5 OR MORE KILOGRAMS OF COCAINE AND 100 KILOGRAMS OR MORE OF MARIJUANA

Counts 2-95: MONEY LAUNDERING - INTERSTATE AND FOREIGN COMMERCE

in violation of Title 21 United States Code, Section 841(a), and 841(b)(1)(A)(ii), and 841(b)(l)(B)(vii), and 846, and Title 18 United States Code, Section 1956(a)(1)(B)(i)

Jessica J. Lyublanovits
Name of Issuing Officer

_Barbara Rogers_ (signature)
Deputy Clerk: Barbara Rogers

Clerk of Court
Title of Issuing Officer

December 18, 2024    PENSACOLA
Date                  Location

by  Hope T. Cannon
     Name of Judicial Officer

Bail fixed at    $ Bail Reform Act
And/or in accordance with Comprehensive
Crime Control Act of 1984

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at:  MOBILE, ALABAMA

DATE RECEIVED: 12/18/24
DATE OF ARREST: 12/23/24

NAME AND TITLE OF ARRESTING OFFICER: Lops Alexander DEA TFO

SIGNATURE OF ARRESTING OFFICER: (signed)

AO 442 (Rev. 10/16) Warrant for Arrest

FILED USDC FLND PN
DEC 24 '24 PM 1:02

REC'D-USMS-PEN, FL
18 DEC '24 PM 2:29