# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                        Case No. 3:24cr120/MCR

**RAYVAUGHN L. ANDREWS**
_____/

## BILL OF PARTICULARS
## RE: FORFEITURE

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorneys and, pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, now particularly alleges that the following property, in addition to any listed in the Indictment, is subject to forfeiture on the basis of the allegations in the Indictment filed in the above-styled criminal case:

1. U.S. currency totaling $8,345.00 seized from **RAYVAUGHN L. ANDREWS** on or about December 23, 2024;

2. A Glock .40 caliber pistol with 9 rounds of .40 caliber ammunition seized from **RAYVAUGHN L. ANDREWS** on or about December 23, 2024;

3. U.S. currency totaling $30,100.00 seized from Life Storage, Unit G669, in Pensacola, Florida, on or about December 23, 2024; and

4. One 2020 Orange Chevrolet Corvette bearing Alabama license plate ACH484 seized from Life Storage, Unit D492, in Pensacola, Florida, on or about December 23, 2024.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant U.S. Attorney
Member of the Maryland Bar
21 East Garden Street, Ste 400
Pensacola, FL 32502-5675
(850) 444-4000

*/s/ Jessica S. Etherton*
JESSICA S. ETHERTON
Assistant U.S. Attorney
Northern District of Florida
Florida Bar No. 0070554
21 East Garden Street, Ste 300
Pensacola, Florida 32502

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of January, 2025, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF filing system, which will provide service to defense counsel for the defendant.

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant U.S. Attorney