# Government Exhibit A

| Year | "Cash In" Casino Transactions | Total Income Reported by Defendant |
|------|-------------------------------|-------------------------------------|
| 2021 | $4,155,029.00 | $36,655.00 |
| 2022 | $2,359,755.00 | None Reported |
| 2023 | $2,459,073.00 | None Reported |
| 2024 | $1,140,142.00 | None Reported - Not Yet Due |

**TOTAL SPENT BY DEFENDANT**     **$10,113,999.00**